# EXHIBIT C

## Diamond, Jill

| | |
|---|---|
| **From:** | Brandon Nasierowski <bnas@upseu.org> |
| **Sent:** | Friday, October 28, 2016 4:28 PM |
| **To:** | Diamond, Jill |
| **Cc:** | Boyle, Kevin |
| **Subject:** | John Laface Doctors Note |
| **Attachments:** | SKM_654e16102816130.pdf |

Ms. Diamond

Please be advised that the union is submitting the attached doctors note on behalf of Mr. Laface. It is excusing him from work through 11/17/2016 due to anxiety. Thank you.

Regards,

Brandon Nasierowski
Labor Relations Representative
UPSEU

Phone: 631-738-8773
Email: bnas@upseu.org

1

D00569



**PATCHOGUE FAMILY MEDICAL CARE**

130 Medford Avenue Patchogue NY 11772 ~ Phone 631 475 5734 ~ Fax 631 758 2568

Date 10/28/16

To Whom It May Concern:

Please be advised that our patient, John Laface

Was seen here in the office on 10/28/16 for

✓ an illness ___ an injury ___ a regular visit

The Patient may return to ✓ work ___ school

___ Immediately  ___ with no gym/exercise  ___ limited lifting

___ limited standing  ___ full duty  ✓ other. pt is excused from work due to anxiety til 11/18/16. pt may return to work on 11/18/16

For further Information, please contact the office.

Thank You,

[signature]

Christine M. Doucet M.D.

Andrew S. Wang D.O.

Lyndie A. Hughes PA-C

Laura E. Gil PA-C

D00570