# EXHIBIT D

## Diamond, Jill

| | |
|---|---|
| **From:** | Ruf, Ryan |
| **Sent:** | Monday, October 17, 2016 10:48 AM |
| **To:** | Lutz, Julie |
| **Cc:** | McSweeney, Terri; Diamond, Jill; Anderson, Keith |
| **Subject:** | J LaFace |

I spoke with Kevin Boyle on Friday related to transferring John Laface from BTC to WTC. Kevin requested that I call John personally to share with him the reason behind the transfer, and shared that he felt John would take it better coming for me.

I spoke with John this morning regarding the move. His start date is October 28th. I shared we need him to make the types of improvements at WTC that he has done at BTC. John is upset with the transfer and stated he is not willing to go. I shared with him that I respected his work and we need him to report on the 28th to WTC.

He indicated that he will be getting his attorney, the union and Julie involved.

Just wanted to keep everyone updated on this employee transfer.

Sincerely,

*Ryan J. Ruf*

Ryan J. Ruf
Associate Superintendent for Management Services
Eastern Suffolk BOCES
201 Sunrise Highway
Patchogue, NY 11772
rruf@esboces.org
(631) 687-3013